WALWORTH WARD, Appellant, *v.* JAMES HENRY WORK et al., as Executors and Trustees under the Will of JOHN C. WORK, Deceased, et al., Respondents.

*Ward* v. *Work,* 65 App. Div. 84, affirmed.
(Argued June 8, 1903; decided June 23, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1901, affirming a judgment in favor of defendants entered upon the report of a referee.

*John E. Parsons* for appellant.

*Thomas Thacher* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

TOWNSEND JONES, as Executor of CLIFFORD A. HAND, Deceased, Respondent, *v.* RICHARD L. HAND, Appellant, et al., Respondents.

*Jones* v. *Hand,* 78 App. Div. 56, affirmed.
(Argued June 8, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1903, in favor of respondents herein upon the submission of a controversy under section 1279 of the Code of Civil Procedure.

*Lewis E. Carr* and *Augustus N. Hand* for appellant.

*Learned Hand, Marcus T. Hun* and *George B. Bonney* for respondents.

Judgment affirmed, without costs, on prevailing opinion below.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.